THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES POSTAL SERVICE,<br><br>Defendant. | CASE NO. C24-0144-JCC<br><br>MINUTE ORDER |
|---|---|

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the Plaintiff's notice of voluntary dismissal and proposed order (Dkt. No. 8). Under Federal Rule of Civil Procedure 41(a)(1)(A)(i), a case may be dismissed without a court order if there is a "notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." That is the case here. Accordingly, the notice here is self-executing. This action is DISMISSED with prejudice. The Clerk is DIRECTED to close this case.

//

//

//

MINUTE ORDER
C24-0144-JCC
PAGE - 1

DATED this 1st day of May 2024.

Ravi Subramanian
Clerk of Court

s/Kathleen Albert
Deputy Clerk
